In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00383-CV**
_____

**TATIANA TELEGINA, Appellant**

**V.**

**VALADIMIR NECHAYUK, Appellee**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 17-11-14052-CV**

## SUPPLEMENTAL MEMORANDUM OPINION

On December 12, 2024, we issued our original opinion in this case, conditionally affirming the trial court's judgment and suggesting a remittitur, which when combined totals $145,000. *See* Tex. R. App. P. 46.3. We further provided that should the appellee, Valadimir Nechayuk, file a remittitur within fifteen days from the date of our opinion and agree to accept the proposed remittitur, we would reform the trial court's judgment, reducing the trial court's award of attorney's fees to the amounts the evidence supported and then affirm the judgment as reformed. On

1

December 17, 2024, Nechayuk filed a notice of acceptance of remittitur with the Clerk of the Court, in which he stated he would accept the remittitur, as suggested by the Court. He asked the Court to affirm the judgment in all other respects.

Because Nechayuk agreed to the proposed remittitur, we issue this supplemental opinion. In accordance with our original opinion and Nechayuk's timely-filed remittitur, the trial court's judgment is reformed as follows. The trial court's award of appellate attorney's fees are reduced by $145,000, which represents a reduction to $155,000 of the amount awarded in the original judgment as appellate attorney's fees. Consequently, it is ORDERED, ADJUDGED and DECREED that Valadimir Nechayuk recover the following from Tatiana Telegina:

1. EIGHT HUNDRED SIXTEEN THOUSAND EIGHT HUNDRED SEVENTY-ONE DOLLARS AND 50/100 ($816,871.50) for attorney fees incurred in the trial court defending against the divorce suit and related to the mandamus actions in that suit through judgment. This portion of the judgment shall bear interest at five percent (5%) per year, compounded annually, from the date the judgment is signed until the amount is paid in full.

2. SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ($75,000.00), for attorney fees to defend in the court of appeals, conditioned on Tatiana Telegina appealing from this judgment, and the appeal being finally unsuccessful. This portion of the judgment shall bear interest at five percent (5%) per year, compounded

annually, from the date the judgment of the court of appeals is final until the amount is paid in full.

3. FIFTEEN THOUSAND DOLLARS AND 00/100 ($15,000.00) for attorney fees to defend at the petition for review stage in the Supreme Court of Texas, conditioned on Tatiana Telegina filing a petition for review that is denied. This portion of the judgment shall bear interest at five percent (5%) per year, compounded annually, from the date the judgment of the Supreme Court of Texas is final until the amount is paid in full.

4. FIFTY THOUSAND DOLLARS AND 00/100 ($50,000.00) for attorney fees to defend at the briefing stage in the Supreme Court of Texas, conditioned on Tatiana Telegina filing a petition for review in the Supreme Court of Texas, briefing being requested, and the appeal being unsuccessful. This portion of the judgment shall bear interest at five percent (5%) per year, compounded annually, from the date the judgment of the Supreme Court of Texas is final until the amount is paid in full.

5. FIFTEEN THOUSAND DOLLARS AND 00/100 ($15,000.00) for attorney fees to defend at the oral argument stage in the Supreme Court of Texas, conditioned on oral argument being requested, and the appeal being unsuccessful. This portion of the judgment shall bear interest at five percent (5%) per year, compounded annually, from the date the judgment of the Supreme Court of Texas is final until the amount is paid in full.

6. TEN THOUSAND SIX HUNDRED AND FORTY-SEVEN DOLLARS AND 00/100 ($10,647.00) for costs and expenses incurred to defend against the divorce suit and related to the mandamus actions in that suit. This portion of the judgment shall bear interest at five percent (5%) per year, compounded annually, from the date the judgment is signed until the amount is paid in full.

The Court's original opinion explaining how the Court resolved the issues raised in the appeal remains in effect.

We order the Court's decision certified below for observance.

AFFIRMED AS REFORMED.

W. SCOTT GOLEMON
Chief Justice

Submitted on June 24, 2024
Opinion Delivered January 9, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.